IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT PENNSYLVANIA

| | |
|---|---|
| SUANY CABRAL | CIVIL ACTION |
| and | |
| FELICIA SILVERA | No. 1:17-cv-01710 |
| Plaintiffs, | |
| v. | |
| Y CONNECT | |
| and | |
| KELLY SERVICES | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Suany Cabral and Felicia Silvera and Defendants Y Connect and Kelly Services, by and through their respective attorneys, hereby stipulate and agree that all claims against Defendants in the above-referenced action are dismissed with prejudice, each party to pay their own fees and costs.

| | |
|---|---|
| **SWARTZ SWIDLER, LLC** | **TUCKER LAW GROUP** |
| */s/ Carley A. Doyle* | */s/Joe H. Tucker, Jr.* |
| Carley A. Doyle, Esq. | Joe H. Tucker, Esq. |
| 1101 North Kings Highway | Ten Penn Center |
| Suite 402 | 1801 Market Street, Suite 2500 |
| Cherry Hill, NJ 08034 | Philadelphia, PA 19103 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Y Connect* |

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

*/s/ Maria G. Perri-Quinn*
Maria G. Perri-Quinn
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
*Attorneys for Defendant Kelly Services*